UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

POWERSCREEN USA, LLC                                                                PLAINTIFF

v.                                                                        CIVIL ACTION NO. 3:04CV-639-S

POWER SCREEN OF OHIO, INC., et al                                      DEFENDANTS

## MEMORANDUM OPINION AND ORDER

The plaintiff, Powerscreen USA, LLC, moves to dismiss so much of the counterclaim of the defendant, Nigel Kirkpatrick, as asserts fraud and misrepresentation.

Fraud must be pled with particularity. FED. R. CIV. P. 9. It is required that a party who alleges fraud must specify the time, place, and content of any alleged misrepresentation, the fraudulent scheme, the intent, and the injury resulting from the fraud. *Coffey v. Foamex LP*, 2 F3d 157 (6th Cir. 1993).

Neither Kirkpatrick's counterclaim nor his affidavits supplementing it meet that rather strict and particular standard.

Accordingly, Count III of the counterclaim of the defendant, Nigel Kirkpatrick, is dismissed.

**IT IS SO ORDERED** this June 21, 2005

> Charles R. Simpson III, Judge
> United States District Court

cc:   Counsel of Record